UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SWEET POTATO ENTERPRISES, INC.,  a California corporation dba POPEYES STORE # 2794; et al.,<br><br>　　　　Defendants. | Case No:  C 11-1950 SBA<br><br>**ORDER DENYING STIPULATION TO MODIFY PRETRIAL SCHEDULE**<br><br>Dkt. 21 |

　　　The parties have filed a stipulation to modify the Court's pretrial schedule.  Federal Rule of Civil Procedure 16 provides that deadlines established in a pretrial scheduling may "be modified only for good cause[.]"  Fed. R. Civ. P. 16(b)(4).  "Good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension."  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citation omitted).   Thus, "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment."  Id.; see also Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).   Where the moving party has not been diligent, the inquiry ends and the motion should be denied.  Zivkovic v. S. Cal. Edison Co., 302 F.3d 1080, 1087 (9th Cir.2002); Johnson, 975 F.2d at 609.  Here, the parties' stipulation fails to specify the basis or otherwise establish good cause for their proposed request.  Accordingly,

　　　IT IS HEREBY ORDERED THAT the parties' stipulation to modify the Court's pretrial scheduling order is DENIED.

　　　IT IS SO ORDERED.

Dated:  10/18/12

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge