UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES, | No. C 11-01950 SBA (LB) |
| Plaintiff(s), | ORDER |
| v. | |
| SWEET POTATO ENTERPRISE, INC., | |
| Defendant. | |

The parties have a settlement conference set for Tuesday, January 15, 2013. The court directs Defendants to respond to Plaintiffs' demand in the settlement statement (because the prior response was to a prior demand). This makes the parties' positions clear before Tuesday (as is required by the court's order on settlement conference statements). *See* ECF No. 18-1 at 4. The information *may* be submitted by email to the court's orders box at lbpo@cand.uscourts.gov, and it *must* be submitted by Monday, January 14, 2013, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: January 12, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER (C 11 01950 SBA (LB))