UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIG YATES, an individual, | Case No:  C 11-1950 SBA |
| Plaintiff, | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |
| vs. | |
| SWEET POTATO ENTERPRISES, INC.,  a California corporation dba POPEYES STORE # 2794; et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the pretrial conference scheduled for March 5, 2013, and the trial date of March 11, 2013 are VACATED.  To reschedule these dates, the parties shall appear for a telephonic Case Management Conference on **March 13, 2013 at 3:00 p.m.**  By no later than March 11, 2013, the parties shall file a Joint Case Management Conference Statement which sets forth the parties' suggestions for rescheduling the trial date.  Plaintiff's counsel shall assume responsibility for filing the joint statement and is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated:  3/4/13

SAUNDRA BROWN ARMSTRONG
United States District Judge