THOMAS E. FRANKOVICH (State Bar No. 074414)
GEORGE S. KHOURY (State Bar No. 269738)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94109
Telephone:   415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiff
CRAIG YATES, an individual

Tyler M. Paetkau (SBN 146305)
James H. Harnett (SBN 84587)
Charles J. Smith (SBN 72700)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
Telephone:   (650) 568-2820
Facsimile:    (650) 568-2823

Attorney for Defendants
SWEET POTATO ENTERPRISE, INC.,
a California Corporation dba POPEYES STORE # 2794;
and KUAN L. NG and HELEN L. NG, Trustees,
of THE KUAN L. NG AND HELEN L. NG
REVOCABLE TRUST OF 1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual;<br><br>         Plaintiff,<br><br>v.<br><br>SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE # 2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993,<br><br>         Defendants. | **CASE NO. C 11-01950 SBA**<br><br>**JOINT CERTFICATION OF COUNSELS' MEET AND CONFER RE: MOTIONS IN LIMINE AND STIPULATION TO EXCLUDE MENTION OF, OR EVIDENCE RELATING TO, CERTAIN ISSUES AND ORDER THEREON** |

CERTIFICATION OF MEET AND CONFER AND STIPULATION         CASE NO. CV-11-01950 SBA         1

The parties to the above-captioned action, through their respective counsels, jointly submit this Certification that Counsel for plaintiff and defendants have met and conferred as to each issue raised by the Motions In Limine presented to this Court, pursuant to Judge Armstrong's September 21, 2012 Standing Order, and the February 14, 2013 Order Striking Plaintiff's Motions In Limine.

On February 15, 2013, attorney George S. Khoury, for plaintiff, and attorneys Tyler Paetkau and Olga Savage, for defendants, did meet and confer as to each and every issue raised in the respective motions in limine. Counsel discussed each issue in good faith, and attempted to resolve each issue informally.

In discussing the issues, counsel were able to agree to, and hereby stipulate that:

1.) Defendants will not mention, or seek to introduce into evidence, information that relates to plaintiff CRAIG YATES receipt of disability benefits and social security.

2.) Plaintiff will not mention, or seek to introduce into evidence, information relating to how plaintiff CRAIG YATES became disabled.

                                                Respectfully submitted,

Dated:                              THOMAS E. FRANKOVICH,
                                       ***A PROFESSIONAL LAW CORPORATION***

                                         By:   /s/ George S. Khoury
                                               Thomas E. Frankovich
                                               George S. Khoury
                                        Attorneys for Plaintiff CRAIG YATES

///
///
///
///
///
///
///

Dated:                                    HARTNETT, SMITH & PAETKAU

By: ____/s/ Tyler Paetkau_____
  Tyler Paetkau
  Olga Savage
Attorneys for Defendants SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE # 2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993

**ORDER**

**IT IS SO ORDERED** that pursuant to the stipulation of the parties: 1.) defendants shall not mention, or seek to introduce into evidence, at trial, information that relates to plaintiff CRAIG YATES receipt of disability benefits and social security; and 2.) plaintiff shall not mention, or seek to introduce into evidence, at trial, information relating to how plaintiff CRAIG YATES became disabled.

Dated: 3/13/13

_____
Honorable Judge Saundra Brown Armstrong
United States District Court, Northern District of California