Charles J. Smith (SBN 72700)
Tyler M. Paetkau (SBN 146305)
Olga Savage (SBN 252009)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
Telephone:   (650) 568-2820
Facsimile:    (650) 568-2823

Attorneys for Defendants
SWEET POTATO ENTERPRISE, INC.,
a California Corporation dba POPEYES STORE # 2794;
and KUAN L. NG and HELEN L. NG, Trustees,
of THE KUAN L. NG AND HELEN L. NG
REVOCABLE TRUST OF 1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; | CASE NO. C 11-01950 SBA |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR FURTHER MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE # 2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993, | **Complaint Filed: April 21, 2011** |
| Defendants. | |

WHEREAS, the Court, per The Honorable Sandra Brown Armstrong, ordered that the Parties to this action participate in a Further Mandatory Settlement Conference ("MSC") prior to the trial of this action on July 22, 2013; and

WHEREAS, the Parties have contacted United States Magistrate Judge Laurel Beeler, who presided over the Parties' prior MSC on January 15, 2013, and Judge Beeler is available for the Further MSC on July 15, 2013 at 9:30 a.m.

WHEREFORE, the Parties to this action, Plaintiff Craig Yates and Defendants Sweet Potato Enterprises, Inc., dba Popeyes Store, Kuan L. Ng, Trustees of The Kuan L. Ng and Helen L. Ng Revocable Trust of 1993, hereby stipulate and agree that they will participate in a Further MSC before Judge Beeler on July 15, 2013 at 9:30 a.m. in Courtroom C.

IT IS SO STIPULATED.


Dated: July 8, 2013                          THOMAS E. FRANKOVICH
                                             *A PROFESSIONAL LAW CORPORATION*



                                             By:_____
                                                Thomas E. Frankovich
                                                George S. Khoury
                                                Attorneys for Plaintiff CRAIG YATES


Dated: July 8, 2013                          HARTNETT, SMITH & PAETKAU



                                             By:_____
                                                Tyler Paetkau
                                                Olga Savage
                                                Attorneys for Defendants SWEET POTATO
                                                ENTERPRISE, INC., a California Corporation dba
                                                POPEYES STORE # 2794; and KUAN L. NG and
                                                HELEN L. NG, Trustees, of THE KUAN L. NG
                                                AND HELEN L. NG REVOCABLE TRUST OF
                                                1993

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July <u>10</u>, 2013

The Honorable Laurel Beeler
United States Magistrate Judge

Parties to email (exchanged if possible, confidential to the extent necessary) a settlement
update by Thursday, July 11, 2013, at 2:00 p.m. to the court's orders box at
lbpo@cand.uscourts.gov.  The update should contain only new information and not any regurgitation
of previously-filed information.  Plaintiff shall serve a demand on Defendant no later than this
time (and should notify the court in the emailed update), and Defendant shall respond as soon as
possible and in any event by Friday, July 12, 2013, at 4:00 p.m