UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SWEET POTATO ENTERPRISES, INC., a California corporation dba POPEYES STORE # 2794; et al.,<br><br>　　　　Defendants. | Case No:  C 11-01950 SBA<br><br>**ORDER REASSIGNING ACTION** |

In accordance with the revised stipulation of the parties consenting to the jurisdiction of Magistrate Judge Laurel Beeler, Dkt. 66,

IT IS HEREBY ORDERED THAT, pursuant 28 U.S.C. § 636(c), the instant action is REASSIGNED Magistrate Judge Laurel Beeler to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  The caption of all further filings shall bear the initials "LB" in place of "SBA."  This Order terminates Docket 64 and 66.

　　　IT IS SO ORDERED.

Dated:  August 1, 2013

　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge