UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRAIG YATES,                                           No. C 11-01950 LB

    Plaintiff(s),                                   **ORDER**

    v.

SWEET POTATO ENTERPRISE, INC.,

    Defendant.

_____/

The court sets a case management conference for August 15, 2013 at 11 a.m. and directs the parties to submit a short case management conference statement by August 12, 2013 with their scheduling proposals and any issues. The parties may change the hearing date if it is not convenient.

**IT IS SO ORDERED.**

Dated: August 8, 2013

                                    LAUREL BEELER
                                    United States Magistrate Judge