**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CRAIG YATES, an individual, | No. C 11-01950 LB |
| Plaintiff, | **MAY 29, 2014 SCHEDULING ORDER** |
| v. | |
| SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE #2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993, | |
| Defendants. | |

The parties have notified the court that they have agreed to settle this action but still need additional time finalize a written settlement agreement and to negotiate any attorney's fees. *See* Plaintiff's Status Report, ECF No. 116; Defendants' Status Report, ECF No. 117. Given these circumstances, the court **ORDERS** the following:

(1) the June 26, 2014 Pretrial Conference (and related pretrial paper deadlines) and July 8, 2014 trial are **VACATED**;

(2) the parties **SHALL** finalize their written settlement agreement by June 5, 2014;

(3) Plaintiff **SHALL** provide a detailed billing statement to Defendants by June 5, 2014;

(4) Defendants **SHALL** respond to Plaintiff regarding the billing statement by June 12, 2014; and

(5) the June 5, 2014 case management conference is **CONTINUED** to July 3, 2014 and the parties **SHALL** file a joint case management conference statement by June 26, 2014.

CASE MANAGEMENT AND PRETRIAL ORDER
C 11 1950 LB

The joint case management conference statement **SHALL** discuss any remaining attorney's fees issues and whether the parties need to be referred to Judge Spero for a settlement conference to resolve them.

**IT IS SO ORDERED**.

Dated: May 29, 2014

_____
LAUREL BEELER
United States Magistrate Judge