1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A Professional Law Corporation*
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    (415) 674-8600
4   Facsimile:    (415) 674-9900

5   Attorney for Plaintiff
    CRAIG YATES

6

7                       UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  CRAIG YATES, an individual,

11        Plaintiff,

12  v.

13

14  SWEET POTATO ENTERPRISE, INC., a
    California Corporation dba POPEYES
15  STORE # 2794; and KUAN L. NG and
    HELEN L. NG, Trustees, of THE KUAN L.
16  NG AND HELEN L. NG REVOCABLE
    TRUST OF 1993,
17

18        Defendants.

19  _____

)  **CASE NO.  CV-11-1950-LB**
)
)  **REQUESTTO EXTEND DATES ON**
)  **SCHEDULING ORDER; and** ~~**[PROPOSED]**~~
)  **ORDER THEREON** Modified
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

20

21      The undersigned on behalf of plaintiff CRAIG YATES, request that the Courts

22  Scheduling Order dates issues on May 29, 2014 be extended for the following reasons:

23      1.      As to the written settlement agreement, as stated in the Status Report dated May

24              22, 2014, defense counsel Tyler Paetkau's sister passed away and we have not had

25              the opportunity to finalize the written settlement agreement to date.

26      2.      As to providing a detailed billing statement, all the time is manually recorded,

27              abbreviated by tasks, and must be entered into a detailed form.

28

1    This will take approximately 2 days work, my staff is very small, my

2    administrator/legal assistant is on vacation that week and with the billing

3    statements and fee application itemizations we are already working, on unrelated

4    cases, it is just not possible that this could be done by June 5, 2014.

5    Plaintiff's counsel requests that a the schedule for finalizing the settlement agreement

6    be extended to June 18, 2014.

7    Providing the detailed billing statement to Defendants be extended to June 18, 2014.

8    Defendants Response be extended to June 25, 2014.

9    The parties will file a joint case management statement by June 30, 2014.

10   The case management conference on July 7, 2014.

11   Plaintiff's counsel has sent email's and made several calls on May 29, 2014 and May 30, 2014

12   to discuss this schedule with defendants Counsel Tyler M. Paetkau, but have been unable to get

13   a response.

14

15                                        Respectfully Submitted,

16   Dated: May 30, 2014                 THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*
17

18

19
                                         By:___ */s/Thomas E. Frankovich*_____
20   -                                        Thomas E. Frankovich
                                         Attorney for Plaintiff CRAIG YATES, an
21                                       individual

22

23

24

25

26

27

28

1

**~~PROPOSED~~ ORDER**

2        **IT IS ORDERED**, based on this request, the parties shall

3   submit a schedule to finalize the settlement agreement by June ~~18~~ 10, 2014, and for plaintiff to

4   provide a detailed billing statement by June ~~18~~ 10,2014 and for defendants to respond to it by June

5   ~~25~~ 17, 2014 ~~and, the case management conference be continued to July 7, 2014.~~

6   The case management conference is still set for July 3, 2014 at 11:00 a.m.  The parties
    shall file a joint case management statement by June 26, 2014.

7

8   Dated: _____June 2_____, 2014        _____

9                                         Honorable Laurel Beeler
                                          United States District Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28