UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CRAIG YATES, an individual, | No. C 11-01950 LB |
| Plaintiff, | **JUNE 20, 2014 SCHEDULING ORDER** |
| v. | |
| SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE #2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993, | |
| Defendants. | |

The parties asked the court to set a trial date at the case management conference set for June 26, 2014 at 11 a.m. The court previously ordered certain filings. *See* 4/21/14 Amended Pretrial Order (Bench Trial), ECF No. 110. Among the deficiencies in the parties' filings are the following:

1. <u>Joint Exhibit List</u>. The parties must file a "a joint exhibit list with columns for exhibit number, offered into evidence, admitted into evidence, sponsoring witness, limits on use, and description and bates range (*see* section V.C regarding numbering and organization of exhibits)." *Id.* at 3.

2. <u>Joint Proposed Findings of Fact and Conclusions of Law and Separate Disputed Proposed Findings of Fact and Conclusions of Law</u>. These are required. *See id.* at 3-4. The parties have not filed them.

CASE MANAGEMENT AND PRETRIAL ORDER
C 11 1950 LB

1    3. <u>Separate Memoranda on Disputed Conclusions of Law</u>. These are required. *Id.* They have not been filed. The requirement is different from the requirement to file trial briefs.

The parties must review the pretrial order and comply with all of its requirements.

In addition, the parties need to confer with courtroom deputy Lashanda Scott before Thursday, select a trial date, and submit a schedule that comports with the following time lines.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Meet and Confer Re Pretrial Filings | 4 weeks before due date for pretrial filings |
| Pretrial filings due | 5 weeks before final pretrial conference |
| Oppositions, Objections, Exhibits, and Depo Designations due | 4 weeks before final Pretrial Conference |
| Final Pretrial Conference | Two Thursdays before trial at 1:30 p.m. |
| Trial | ____, 2014, at 8:30 a.m. |
| Length of Trial | 1 day |

These dates are more expansive than the court's normal dates, but given the case's history, the court orders them.

The schedule must be submitted in the form of a proposed amended pretrial order. The first line must read, "The following is the parties' agreed-to trial schedule." The next section must be a chart that is identical to the chart above with deadlines that comport with the chart. Thereafter, the order must conclude with the lines, "Stipulated" and then the parties' signatures, and then the standard "It is so ordered" language that appears at the end of this order. The order must be efiled by noon on Wednesday, June 25, 2014, and a word-processible copy must be emailed at the same time to the court's orders box at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: June 20, 2014

_____
LAUREL BEELER
United States Magistrate Judge

CASE MANAGEMENT AND PRETRIAL ORDER
C 11 1950 LB      2