THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94109
Telephone:    415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiff
CRAIG YATES, an individual

Charles J. Smith (SBN 72700)
Tyler M. Paetkau (SBN 146305)
Olga Savage (SBN 252009)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
Telephone:  (650) 568-2820
Facsimile:  (650) 568-2823

Attorney for Defendants
SWEET POTATO ENTERPRISE, INC.,
a California Corporation dba POPEYES STORE # 2794;
and KUAN L. NG and HELEN L. NG, Trustees,
of THE KUAN L. NG AND HELEN L. NG
REVOCABLE TRUST OF 1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SWEET POTATO ENTERPRISE, INC., a ) <br> California Corporation dba POPEYES STORE ) <br> # 2794; and KUAN L. NG and HELEN L. NG, ) <br> Trustees, of THE KUAN L. NG AND HELEN ) <br> L. NG REVOCABLE TRUST OF 1993, ) <br> ) <br> Defendants. ) | **CASE NO. C 11-01950 LB** <br><br> **[PROPOSED] AMENDED PRETRIAL ORDER** |

The following is the Parties' agreed-to trial schedule.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Meet and Confer Re Pretrial Filings | July 17, 2014 |
| Pretrial filings due | August 14, 2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | August 21, 2014 |
| Final Pretrial Conference | September 18, 2014 at 1:30 p.m. |
| Trial | October 6, 2014 at 9:00 a.m. |
| Length of Trial | 1 day |

It is agreed to by the Parties that Plaintiff CRAIG YATES with the Court's permission will be appearing at trial by video conference as he is bed ridden.

IT IS SO STIPULATED.

Dated: June 25, 2014                    THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*


                                        By:   /s/ Thomas E. Frankovich____
                                              Thomas E. Frankovich
                                        Attorneys for Plaintiff CRAIG YATES


Dated: June 25, 2014                    HARTNETT, SMITH & PAETKAU


                                        By:   ____/s/ Olga Savage_____
                                              Charles J. Smith
                                              Tyler Paetkau
                                              Olga Savage
                                        Attorneys for Defendants SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE # 2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 26, 2014

_____
Laurel Beeler
United States Magistrate Judge