Charles J. Smith (SBN 72700)
Tyler M. Paetkau (SBN 146305)
Olga Savage (SBN 252009)
HARTNETT, SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
Telephone: (650) 568-2820
Facsimile: (650) 568-2823

Attorneys for Defendants
SWEET POTATO ENTERPRISE, INC.
dba POPEYES STORE #2794; and KUAN L. NG
and HELEN L. NG, as Trustees of the
Kuan L. Ng and Helen L. Ng Revocable Trust of 1993

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE #2794; and KUAN L. NG and HELEN L. NG, Trustees, of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993,<br><br>Defendants. | CASE NO. 11-CV-01950-LB<br><br>DEFENDANTS' REQUEST FOR ORDER PERMITTING DEFENDANTS TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL; [PROPOSED] ORDER |

Defendants SWEET POTATO ENTERPRISE, INC., a California Corporation dba POPEYES STORE #2794; and KUAN L. NG and HELEN L. NG, Trustees of THE KUAN L. NG AND HELEN L. NG REVOCABLE TRUST OF 1993 ("Defendants"), through counsel, hereby request permission to bring the following equipment into the courtroom for use at trial in the above matter on October 6, 2014:

1

1. Optoma EP 761 Projection Display;
2. Power cords.

Date: October 4, 2014

_____
Charles J. Smith
Tyler M. Paetkau
Olga Savage
Attorneys for Defendants
SWEET POTATO ENTERPRISE, INC.
dba POPEYES STORE #2794; and KUAN
L. NG and HELEN L. NG, as Trustees of
the Kuan L. Ng and Helen L. Ng Revocable
Trust of 1993

[PROPOSED] ORDER

The Court, having reviewed Defendants' requested list of equipment to bring into the court for use at trial in the above matter on October 6, 2014, finds good cause for the request and grants Defendants permission to bring the equipment listed above.

**IT IS SO ORDERED.**

Dated: ___October 4___, 2014

APPROVED

_____
Hon. Laurel Beeler
Judge Laurel Beeler
United States Magistrate Judge

---

2

Case No. 11-CV-01950 LB
DEFENDANTS' REQUEST FOR ORDER PERMITTING DEFENDANTS TO BRING EQUIPMENT INTO
COURTROOM FOR TRIAL; [PROPOSED] ORDER